RICHARD B. SMITH, APPELLANT, *v.* GEORGE W. COOPER, SHERIFF OF SUFFOLK COUNTY, RESPONDENT.

*Chattel mortgage—what indorsement thereon by the mortgagor operates to create a new mortgage.*

On October 17, 1877, one Smith executed and delivered to the plaintiff a chattel mortgage, which was, on March 11, 1878, filed in the proper office. On March 11, 1879, Smith, with the concurrence and under the direction of the plaintiff, made upon the mortgage the following statement, viz.:

"SMITHTOWN, March 11, 1879.

"This chattel mortgage is hereby renewed for one year from this date. As witness my hand and seal.                CALEB T. SMITH. [L.S.]

"Sworn to before me this }
11th day of March, 1879. }

"JACOB B. CONKLIN,
Notary Public."

*Held*, that the effect of this act was to create a new mortgage, valid as against. Smith and his creditors.

APPEAL from a judgment in favor of the defendant, entered upon the verdict of a jury, and from an order denying a motion for a new trial, made upon the minutes of the justice before whom the. action was tried.

The defendant, the sheriff of Suffolk county, seized, under an execution issued upon a judgment recovered by one Gorman against. Caleb T. Smith, certain articles of personal property which were alleged to belong to the latter. The plaintiff claimed to be the owner of certain of the articles, by virtue of a bill of sale, and of others by virtue of a chattel mortgage, executed to him by Smith, and brought this action of replevin to recover the articles seized by the defendant.

*J. Lawrence Smith*, for the appellant.

*Downing & Stanbrough*, for the respondent.

BARNARD, P. J. :

The judge erred at the Circuit in holding, as matter of law, that the mortgage given by Caleb T. Smith, to the plaintiff, and filed March 11, 1878, was void and of no effect as to the defendant. It appeared from the evidence that on October 17, 1877, Caleb T. Smith executed a chattel mortgage to the plaintiff. This. mortgage was filed in the proper office March 11, 1878. On March 11, 1879, Caleb T. Smith makes on this mortgage so filed, the following statement :

"SMITHTOWN, March 11, 1879.

"This chattel mortgage is hereby renewed for one year from this date. As witness my hand and seal. CALEB T. SMITH. [L.S.]

"Sworn to before me this ⎱
    11th day of March, 1879. ⎰

"JACOB B. CONKLIN,

"Notary Public."

The effect of this act by Caleb T. Smith was to create a new mortgage. It was in the power of the mortgagee alone to renew

the old mortgage by making a statement within the thirty days next preceding the end of each year, after filing the mortgage, by filing a copy and making a statement of his, the mortgagee's, interest in the property covered by the mortgage. The mortgage might also be kept alive by the mortgagor giving a new mortgage for the same debt and refiling it. This was the legal effect of what was done. By the concurrence and direction of the mortgagee, the mortgagor re-executed the old mortgage and refiled it instead of making out a copy and executing it as a new mortgage, and refiling the same. The sheriff levied upon the property in question, after this re-executed mortgage was filed in March, 1879.

The judgment should, therefore, be set aside, and a new trial granted, costs to abide event.

DYKMAN, J., concurred; GILBERT, J., not sitting.

Judgment and order denying a new trial reversed, and new trial granted, costs to abide event.